In re will of MARY BRENGEL, deceased.

[Submitted December 6th, 1915.  Decided March 6th, 1916.]

On appeal from a decree of the prerogative court advised by Vice-Ordinary Griffin, whose opinion is reported *ante p. 487*.

*Mr. Alexander Simpson,* for the proponent-appellants.

*Messrs. Melosh & Morten,* for the caveators-appellees.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Ordinary Griffin.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR—14.

*For reversal*—None.